UNITED STATES DISTRICT COURT FOR THE
NEW HAMPSHIRE

```
-----------------------------------------X
IN RE:    Request from Spain             )
          Pursuant to the Treaty         )
          Between the United States of   )
          America and the Kingdom of     )  No. 1:06-mc-028-SM
          Spain on Mutual                )
          Assistance in Criminal Matters )
          Regarding Artoun Ramian        )
-----------------------------------------X
```

ORDER

Upon application of the United States, and upon review of the request from Spain seeking evidence under the Treaty on Mutual Assistance with the Kingdom of Spain, and the Court having fully considered this matter,

IT IS HEREBY ORDERED, pursuant to the authority conferred by the <u>Treaty between the United States of America and the Kingdom of Spain on Mutual Assistance in Criminal Matters</u>, 1730 UNTS 113; _ _ U.S.T. ___, as well as 28 U.S.C. § 1782 and this Court's inherent authority, that persons within the jurisdiction of this Court shall be required to provide testimony and produce documents and other things in accordance with the Treaty Request of January 31, 2002, without notice to the target or defendant in the foreign criminal proceedings, and Assistant United States Attorney Peter E. Papps is appointed as a Commissioner of this Court; to take such steps as are necessary, including the

1

issuance of Commissioner's subpoenas, to obtain the evidence requested by thePreliminary Investigating Court No. 2 of Marbella, Spain in conformity with the request of January 31, 2002; to adopt such procedures for the receipt of the evidence as are consistent with the use of the evidence within Spain; to seek such further orders of the Court as are necessary to execute this request; to certify the testimony and documents obtained and to submit the evidence to the Office of International Affairs, United States Department of Justice, for transmission to Spain; and to do all else that may be necessary for the accomplishment of the purposes of this Order.

                                                                                                 UNITED STATES DISTRICT JUDGE

Dated: June 5, 2006